UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. ) DOCKET NO. 20-CR-10161
)
SERGIO GARCIA )
    Defendant )

## AFFIDAVIT OF PABLO FERREIRA

I, PABLO FERREIRA, hereby depose as follows:

1. I am the brother-in-law of Sergio Garcia (the brother of his wife, Delvia Garcia).

2. In the Spring of 2020, I was involved with Sergio Garcia in the pick- up and delivery of packages containing drugs. The packages were sent to various addresses by someone I knew as "John". Either Sergio or I would pick up the packages which would be brought to Sergio's for storage or delivered directly to the recipients. I would often communicate directly with "John" to get the information for where to pick up or deliver the packages. Most of the time Sergio and I would deliver the packages together.

3. When we received the packages, neither Sergio or I would "mix" anything to the contents (drugs) in the packages. The contents were delivered to the recipients as we had received them. When Sergio and I delivered the packages to the recipients, we would be paid $1500.00, which we would split 50/50 between us ($750.00 for me $750.00 for Sergio). On the rare occasion that one of us would deliver a package

Monica Fernandez
Notary Public
New Jersey
My Commission Expires 10-15-24
No. 50114858
04-19-2023



alone, we would still split the payments. I considered "John" to be the "boss" of both myself and Sergio.

4. I have had this affidavit read to me in my native language of Spanish and am signing it voluntarily and with full understanding of its contents.

Signed under the penalties of perjury.

PABLO FERREIRA

Dated: April 19, 2023\

Monica Fernandez
Notary Public
New Jersey
My Commission Expires 10-15-24
No. 50114858
04-19-2023

